UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD WATKINS,<br>    *Plaintiff*,<br><br>v.<br><br>SALEM CARRIERS INC., CHRISTI I. WHITAKER, SALEM SAFETY DEPARTMENT, CRUM & FORSTER INSURANCE BROKERS, TAMMIE ROSSITER MANAGER, and TONI WHITLOW, CRUM & FORSTER ADJUSTER,<br>    *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 3:19-cv-02252-X-BH<br><br><br><br><br><br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING
## FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the *Findings, Conclusions, and Recommendation* [Doc. No. 20] of the United States Magistrate Judge and plaintiff's objection [Doc. No. 21], in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff's Motion to Remand* [Doc. No. 6], is **DENIED**.

**IT IS SO ORDERED** this 22nd day of June, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE