IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD WATKINS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:19-CV-02252-X-BH |
| | § | |
| SALEM CARRIERS, INC., et al. | § | |
| *Defendants.* | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  There were no objections.  *Plaintiff's Motion to . . . Remand*, filed July 6, 2020 (Doc. No. 24), is **GRANTED**. By separate judgment, this action will be **REMANDED** to County Court at Law No. 4 in Dallas County, Texas for further proceedings.

**IT IS SO ORDERED** this 4th day of January 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE